**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-22-75-GF-BMM |
| Plaintiff, | |
| vs. | |
| | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| SHANE DANIEL FREEMONT, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 6, 2026. (Doc. 51.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and

Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on May 5, 2026. (Doc. 47.) The United States accused Shane Freemont (Freemont) of violating the conditions of his supervised release by: (1) failing to report for his sex offender treatment intake on April 15, 2026, as instructed by his probation officer; (2) using methamphetamine and MDMA on or about April 20, 2026; and (3) communicating or interacting with Andrew Martell, a convicted felon, without the permission of his probation officer during April of 2026. (Doc 45.)

At the revocation hearing, Freemont admitted that he had violated condition of his supervised release in allegations 1-3 as set forth the Petition.

Judge Johnston recommended a sentence of custody of 6 months, 354 months of supervised release to follow. (Doc. 38.) The Court advised Freemont of his right to appeal and to allocute before the undersigned.  (Doc. 33.)

The violations Freemont admitted proves serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 51) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Shane Freemont be sentenced for a term of 6 months with 354 months of supervised release to follow. During the first 60 days of supervised release, Freemont shall be placed at Connections Corrections, an in-patient substance abuse treatment facility, at the direction of his probation officer. Following completion of such program, Freemont shall be placed at a residential re-entry center for a period of up to 180 days as directed by his probation officer.

DATED this 27th day of May 2026.

_____

Brian Morris, Chief District Judge
United States District Courts